**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

WILLIE WELLS, III

PETITIONER

VS.                              3:05CV00075 WRW/JTR

RICHARD"DICK" BUSBY,
Sheriff, Crittenden County, Arkansas                   RESPONDENT

**ORDER**

Pending before the Court is a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, and two Amended Petitions. (Docket entries #2, #22, and #26.) On June 13, 2006, Petitioner filed a Motion to Voluntarily Dismiss in which he states that some of his claims have been "voided" by his guilty plea and that other claims require exhaustion of state remedies. (Docket entry #27.) Thus, Petitioner requests that this case be dismissed, without prejudice. The Court concludes that the Motion should be granted.

IT IS THEREFORE ORDERED THAT this habeas action be DISMISSED, WITHOUT PREJUDICE.

Dated this 16th day of June, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE