**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WILLIE WELLS, III

PETITIONER

VS.                            3:05CV00075 WRW/JTR

RICHARD"DICK" BUSBY,
Sheriff, Crittenden County, Arkansas                            RESPONDENT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 16th day of June, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE